

## RODRIGUEZ v. STATE.
### No. 25490.

Court of Criminal Appeals of Texas.
Nov. 7, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is murder; the punishment, two years in the penitentiary.

There are no statement of facts and no bills of exception in the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

N. C. Outlaw, Post, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The transcript in this appeal contains no final judgment rendered by the trial court.

This court is therefore without jurisdiction to enter any order other than to dismiss the appeal. See Lutz v. State, 146 Tex.Cr.R. 158, 172 S.W.2d 342.

The appeal is dismissed.

Opinion approved by the Court.